UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO EYETOO, and
2. DENDELL JAMES WHITEMAN,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 16, 2009 ,** and responses to these motions shall be filed by **Wednesday, November 25, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, December 1, 2009, at 3:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 14 , 2009, at 9:00 a.m. in courtroom A-1002.**

-1-

Dated this 16th day of October, 2009.

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief U. S. District Judge