UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO EYETOO,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on November 2, 2009. Accordingly, all pretrial filing deadlines and the jury trial set for Monday, December 14, 2009 are **VACATED.**  A Change of Plea hearing is set for **Wednesday, December 16, 2009 at 9:00 a.m. in Court Room A-1002.**

Counsel for the parties shall deliver all change of plea documents separately to Chief Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

    Dated: November 2, 2009