UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00425-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ANTONIO EYETOO,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a conflict of the Court, the Change of Plea hearing in this matter set for Monday, January 4, 2010 at 1:00 p.m. is **MOVED** to **Monday, January 4, 2010 at <u>2:00 p.m.</u>**

 **Counsel for the parties shall deliver all change of plea documents separately to Chief Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

 Dated: November 23, 2009