UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO EDWARD EYETOO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A further sentencing hearing is set for **Friday, April 30, 2010, at 4:00 p.m., in Courtroom A-1002.**

    Dated: March 22, 2010.