**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   09-cr-00425-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANTONIO EDWARD EYETOO,

      Defendant.

---

### ORDER FOR TIME SERVED

---

      PURSUANT to and in accordance with the Supervised Release Violation hearing

held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on

October 25, 2012, it is hereby

      ORDERED that Defendant Antonio Edward Eyetoo is sentenced to **TIME

SERVED.**

      Dated:  October 25, 2012.

                                    BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE